# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: |
|---|---|
| SANTIAGO ORTIZ, LUIS JAIME | CASE NUMBER: 14-07811-BKT |
| DEBTOR(S) | (CHAPTER 7) |

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on October 22, 2014. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☐ Yes ☐ No *endly*   **Track** 3
**Exemptions as claimed in Schedule C allowed.** ☐ Yes ☑ No
**Creditor(s) Present** ☑ Yes ☐ No *Nilma Melcher, 1st Bank*

**Attorney's Information**
Present with Debtor(s) was
☑ Attorney of Record
☐ Other:
☐ Pro-Se

**Debtor to amend within ___ days the following:**
☐ A, ☑ B, ☐ C, ☐ D, ☐ E, ☐ I & J, ☐ Other *Nissan Sentra 2002*
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ___ days:**
☐ Documents on Real Property       ☑ Documents on Vehicle *Nissan Verse 2013*
☐ Appraisal ☐ Title Search ☐ Mortgage Balance    ☑ Evidence of Value ☑ Loan Pay-Off ☑ Registration
Other: *documents as to Nissan Sentra 2002*
*real property by federal order*

**Trustee further requests that:** *(2) divorce agreement*
☐ Case be closed as no-asset as of the date of §341(a) meeting.   ☐ Upon receipt of documents.
☐ Case be held open for potential asset recovery.
☑ Case be RESET the §341(a) Meeting
   ☑ On the 3 day of Dec, 2014 at 8:30 am
   ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
      ☐ Debtor(s) failed to appear.
      ☐ Attorney for Debtor(s) failed to appear.
      ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
      ☐ initial, ☐ subsequent creditor meetings.

Dated: October 22, 2014            /s/ Noemi Landrau-Rivera
                                   Noemi Landrau-Rivera, Trustee